IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOBBY J. YOUNG

      v.                                C.A. NO. 15-1092

BRIAN CONNELLY, et al.

## ORDER

AND NOW, this 29th day of February, 2016, upon consideration of the defendants' motion to dismiss and the plaintiff's motion for leave to amend and for appointment of counsel, it is hereby ORDERED that:

The motion to dismiss (Doc. 11) is GRANTED.

The Complaint is DISMISSED as to the remaining two defendants., Brian Connelly and Sgt. Smith.

The plaintiff's motion for leave to amend (Doc. 13) is DENIED as moot.

The plaintiff's motion for appointment of counsel (Doc. 14) is DENIED as moot.

The Clerk is DIRECTED to close this case for statistical purposes.

BY THE COURT:

/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.